WILLIAM M. DENMAN, as Trustee in Bankruptcy of LOUIS FINKELSTEIN, Respondent, *v.* ESTHER G. FINKELSTEIN et al., Appellants.

Argued November 17, 1939; decided November 30, 1939.

*Sol Rubin* and *John R. Bushong* for appellants.

*Bern Budd* and *Philip A. Obst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: O'BRIEN, J.